THE KEYSTONE NATIONAL BANK OF PITTSBURG, Appellant, *v.* THE CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK, Respondent.

(Argued February 27, 1935; decided March 19, 1935.)

*C. Lansing Hays* for appellant.

*John W. Kelly* and *Frank J. Podesta* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.